JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUSTIN ROBERTSON,<br>Petitioner,<br>v.<br>B. BIRKHOLZ, WARDEN,<br>Respondent. | Case No. CV 25-7786 CV (PVC)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that Judgment is entered in favor of Respondent, and the above-captioned action is dismissed with prejudice.

Dated: 9/22/26

Cynthia Valenzuela
CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE